UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KATELYN M. DOMINGUEZ HINES,<br><br>          Defendant. | 2:20-po-00078-CKD<br><br>GOVERNMENT'S MOTION TO DISMISS AND VACATE INITIAL APPEARANCE<br><br>DATE:  June 23, 2020<br>TIME:  9:00 a.m.<br>JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00078-CKD without prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on June 23, 2020, is vacated.

IT IS SO ORDERED.

Dated: June 22, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE